ORIGINAL

FILED

01/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0470

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0470

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

MICHAEL PAUL ADAMS,

     Defendant and Appellant.

ORDER

_____

The record was filed for purposes of this appeal on October 10, 2023. Appellant did not timely file an opening brief, and on November 24, 2023, this Court ordered that Appellant prepare, file, and serve the opening brief no later than December 28, 2023. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Michael Paul Adams and to all counsel of record.

DATED this 16 day of January, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

FILED

JAN 1 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana